# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **ROGER ANTHONY WILLIAMS,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about September 7, 2018, within the District of Columbia, **ROGER ANTHONY WILLIAMS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Maryland, Circuit Court for Prince George's County, Criminal Case No. CT980195X, did unlawfully and knowingly receive and possess a firearm, that is, a Colt, .45 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
KEVIN L. ROSENBERG
Assistant United States Attorney
Ohio Bar No. 0081448
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7833
Kevin.Rosenberg@usdoj.gov